**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSIE WADE PHILLIPS, | No. 2:19-CV-0201-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| KEVIN HAAS, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The scheduling conference set in this matter for June 12, 2019, is vacated pending resolution of defendants' motion to dismiss, which remains on calendar for hearing on June 12, 2019, before the undersigned in Redding, California, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 15, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE