**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSIE WADE PHILLIPS, | No. 2:19-CV-0201-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| KEVIN HAAS, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is defendants' motion to dismiss (ECF No. 13). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for June 12, 2019, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: June 7, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE