UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE WADE PHILLIPS,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN HAAS, et al.,<br><br>  Defendants. | No. 2:19-cv-00201-TLN-DMC<br><br>**ORDER** |

Plaintiff Jessie Wade Phillips ("Plaintiff"), who is proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 5, 2019, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 16.) Neither party has filed objections to the Findings and Recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 5, 2019 (ECF No. 16), are adopted in full;

2. Defendants' unopposed Motion to Dismiss (ECF No. 13) is GRANTED;

3. This action is DISMISSED, with prejudice, in its entirety; and

4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: January 6, 2020

_____
Troy L. Nunley
United States District Judge